# **EXHIBIT A**

**Do Zarządu Głównego SWAP i Okręgu II-go SWAP**

( bo ci sami członkowie są w Zarządzie Głównym jak również w Zarządzie Okręgu II-go )
**a w szczególności do kol. Antoniego Chrościelewskiego oraz wszystkich członków SWAP**

Od roku nosiłem się z zamiarem napisania tego listu i w końcu po przestudiowaniu dziesiątek artykułów i dokumentów, które dotyczą również działalności kol. A. Chrościelewskiego, z pełną świadomością, odpowiedzialnością i pełnym szacunkiem chcę zadać Kolegom pytanie.

**Kim Kolega jest, Kolego A. Chrościelewski?**

Według mojej opinii i na podstawie przeczytanych artykułów nosi Kolega dwie maski na twarzy. Jedna ukazująca dobrotliwego działacza polonijnego, którego wszyscy uważają, druga pod spodem gruba, człowieka bezwzględnego, cynicznego, obłudnego, takiego mafiozę, który miał i ma jeden cel, władza i majątek. Jestem w posiadaniu wielu dokumentów, nawet znalazły się z 1955 r, choć Kolegi nazwiska w nich nie ma. Kolego A. Chrościelewski, pańska działalność jako prezesa w Polskim Domu Narodowym na Greenpoincie ( a został założony w 1919r przez polskich emigrantów ) doprowadziła do zawładnięcia tym obiektem. Jako prezes PDN podporządkował Kolega sobie cały zarząd i poszczególnych dyrektorów, decyzje były i są nadal wydawane jednoosobowo pod Kolegi dyktando. Sprzeciwy, które były od członków organizacji czy osób prywatnych były i są ignorowane. A przez długie lata był Kolega Prezesem i jest nim Kolega nadal. Dzisiaj jest tajemnicą poliszynela ile Kolega ze swoją grupą wiernych pretorian ma wykupionych udziałów w PDN. A były takie organizacje jak: Związek Młodzieży Polskiej, Polska szkoła im. M. Konopnickiej, Koło Przyjaciół Harcerstwa, inne organizacje jak również osoby prywatne. **Czy jest to nieprawda Kolego A. Chrościelewski?** Z tego okresu pańskiej działalności byłaby niezła lektura. Tak działa mafia. Jak już zagospodarował Kolega dla siebie wszystko co było możliwe, dojrzał Kolega nowe źródło dochodu, to SWAP. Bardzo późno, bo dopiero w 1998 r wstąpił Kolega w szeregi weteranów. **Czy to nie prawda?** W tym czasie władze Zarządu Głównego i Okręgu II wraz z kilkoma polonusami pod przewodnictwem B. Wierzbiańskiego redaktora Nowego Dziennika, na miejscu Domu Żołnierza zamierzali postawić wieżowiec. Dom Żołnierza był kupiony za pieniądze byłych żołnierzy Błękitnej Armii. Po różnych kombinacjach przez tych ludzi wzięto już zaliczkę na konto pożyczki z Unii Kredytowej $ 300 000. Nic nie zrobiono a pieniądze się rozeszły. Mam rozliczenie finansowe podpisane przez kol. Konikowskiego. Dlaczego dzisiaj się nie mówi, że kres tej kretyńskiej zabawie położył Kom. pl 208 Władysław Sosulski. Dlaczego dzisiaj nie mówi się nic, kto kupił ten budynek, czyją jest własnością. Budynek Dom Żołnierza przy 15 Irving Pl. Now York, według dokumentów budynek jest własnością SWAP, czyli wszystkich członków naszej organizacji a nie tylko rodziny mafijnej. I co na to Kolego A. Chrościelewski?, czy to nie są metody mafijne, trzymać wszystko w tajemnicy? Mam dokument, który wyraźnie stwierdza, że wszystko jest własnością członków SWAP, a jak już

SWAP przestanie istnieć przechodzi na Fundację SWAP. Jak złodzieje twierdzicie, że budynek jest włanością Okręgu II i pełnymi garściami rwiecie z niego zyski ile się da.

Posiadam dokument z zebrania pl. 208 w sprawie Domu Żołnierza z 22 stycznia 1989 r., gdzie udzielane odpowiedzi przez kol. E. Kaleniaka, nie były jednak wystarczająco jasne dla członków. Dzisiaj Kolega tak samo postępuje jak w PDN wraz z Zarządem Ok II i Z.G. przecież okręg i zarząd to jedno ciało. **Czego dzisiaj należy wymagać od Kolegi? jedynie zadośćuczynienia i lojalności wobec organizacji SWAP**. Już wtedy wydano wyrok na Kom W. Sosulskiego. Najpierw zawieszono go, a potem wyrzucono z szeregów SWAP mimo, że był cenionym i prawdziwym weteranem. To Kolega na Walnym Zjeździe Okr.II, jako przewodniczący usunął w dniu 18-04-2004r Komisję Rewizyjną z sali obrad bo Zarząd nie otrzymał absolutorium, były nieścisłości finansowe. Przewodniczącym Komisji Rewizyjnej był członek pl. 208. Decyzją Kolegi, zebranie musieli również opuścić członkowie- delegaci pl.208. To Kolega zawiesił pl 208, choć nie miał prawa. A mimo to Kolega dalej prowadził zebranie, mam na to dokument. Po raz kolejny pytam się, czy mafia przestrzega konstytucję? Sam Kolega powiedział, że Ok.II-gi ma swój wewnętrzny regulamin 8 lutego 2006r. **Czy to nie prawda?** Nie będę się rozpisywał, ale dość szybko zdobył Kolega stanowisko kom. Ok. II-go i kieruje nim tak samo jak PDN mając przy boku wątpliwej jakości redaktora –sekretarza, który cały czas pokazuje ślady pozostałości socjalistycznych. Jakie wzruszające pismo ten Redaktor wystosował po XXVIII W.Z., jak Przew.Walnego Zjazdu kol. F. Bruks skrytykował go, że w sprawozdaniu obrażał kolegów i robi to po dzień dzisiejszy, w Weteranie pisząc paszkwile o kolegach, którzy są dla Was niewygodni i sytuacji wewnątrz organizacji. Dobrą szkołę dostał w ZMECH-u na zajęciach politycznych o tym jak rozwalać organizacje polonijne od środka (Piąta Kolumna) A jego artykuł w Weteranie opisujący czas pobytu w ZMECH-u, czuć towarzyszem na odległość.

Skoro tak dokładnie sprawdzacie uczciwość członków, w organizacji SWAP, to dlaczego kol. M. Chrościelewski jako pracownik w Uni Kredytowej skoro był bez skazy- postawiono mu warunek, musiał odejść? Albo kom.Pl.114 K.Tomczak, kim jest?, skoro, potrafi po kilku członków wyrzucić podczas jednego zebrania, a Rada SWAP,bez zmrugnięcia akceptuje to, a pieniądze z nielegalnej sprzedaży budynku gdzie są? $3 000 000 (trzy miliony) Fundacja SWAP ich nie otrzymała, nie wpłynęły na konto Fundacji żadne pieniądze.Przez te lata traktowaliście i traktujecie członków jak zło konieczne, wyrzucaliście i wyrzucacie ludzi z organizacji. Na dokumentach widnieje jeden argument „**działanie na szkodę SWAP**".Wina nas usuniętych jest jedna, za dużo pytań kierujemy do Was. Te pisma pisze kol.T. Lachowicz, a podpisuje Adj. Gen..Był w pańskim zespole jeszcze jeden. Warto wiedzieć od kogo pobierał nauki od wujka (kto chce sprawdzić wystarczy na Google wpisać Stanisław Domino) Otoczył się Kolega wianuszkiem ludzi o zachwaszczonych życiorysach. Tak działa mafia, nie przestrzega Konstytucji, demokratycznych zasad. Przekręty finansowe, które zostały ukazane na ostatnim Walnym Zjeździe,Fundusz Paderewskiego, który opiewał na kwotę $500,000(pięćsettysięcy) po prostu się rozpłynął,czy Pl 208, ile w niej prze te lata utonęło pieniędzy i końca nie widać, ile tysięcy już w tym roku na Pl 208 poszło? Jeszcze nie zamilkły echa po W.Z, a już ten wątpliwy

redaktor stworzył spisek i pod nóż poszedł Kom IV Ok. R. Supiński i inni. Jak by tego było mało, to ta grupa mafijna pod przywództwem Kolegi i kol.T. Lachowicza zorganizowała zamach jak bolszewicy na legalną władzę wybraną demokratycznie na Walnym Zjeździe. W pamiętny piątek przed Radą SWAP kiedy to wieczorem 26 października o 9 wieczorem, ten fałszywy redaktor (który nie ma prawa zasiadać w Z.G.) miał czelność dyktować przebiegł zebrania Rady SWAP i oświadczył, że I-szy Vice.Kom. SWAP legalnie wybrany na W.Z. Jerzy Markiewicz nie będzie prowadził zebrania Rady SWAP. **Kim naprawdę jest redaktor Weterana?** Prezydium Z.G. tak naprawdę to nie istnieje. Pracownik biura Z.G. Adj.Gen. kol.Marek Chrościelewski oficjalnie odmówił wykonywania poleceń Kom. Nacz.Wincentego Knapczyka powiadamiając go o tym pisemnie. Mało tego, jeżeli ktoś ma odmienne zdanie i jest uczciwy to Wy straszycie go listami od adwokatów. Jak również moje usunięcie mnie z szeregów SWAP, za rzetelne napisanie protokołu z XXXIII Walnego Zjazdu w którym napisałem dokładnie jego przebiegł, tą decyzję uważam za bez podstawną, nadal jestem członkiem SWAP. Kolego Chrościelewski zakończę ten list do Kolegi i Zarządu Głównego, zadam na koniec jeszcze raz pytanie : **kim Wy Koledzy jesteście?** Weteranami na pewno nie ,bo do tego potrzeba honoru, ambicji i lojalności, niestety tych cech po prześledzeniu różnych dokumentów, ja u Was nie widzę . Po tych wszystkich dokumentach które posiadam jeszcze raz powiem , w mojej opinii działacie jak mafia, która od środka rozbija SWAP.

Na zakończenie podam ostatni przykład z Okręgu II-go, w ostatnim miesiącu odbył się Walny Zjazd Okręgu II-go i wybory i tu trzeba podkreślić, że kol. A. Chrościelewski wprowadził nowy termin to jest dziedziczenie władzy( bo v-ce komendantem został kol. M Chrościelewski, który nie służył w żadnej armii) jak w mafii, wygląda na to, że próbuje się ten system wprowadzić w całej organizacji SWAP.

W tym liście ukazałem tylko niektóre sprawy,a dokumentów jest dużo,dużo więcej. Szkoda, że pozostali członkowie są bierni, mało zaangażowani w funkcjonowanie, tej najstarszej prawie stuletniej organizacji i świadomie akceptują Wasze złe poczynania i rozpad Stowarzyszenia Weteranów Armii Polskiej w Ameryce. Koledzy, aby Wasza bierność nie okazała się , że jest już za późno.!

Z koleżeńskim Cześć

Marek Stasiewicz
*Marek Stasiewicz*
I-szy v-ce Kom. PL.37 SWAP w Bostonie

Stoughton 07-11-2019

**To the Executive Committee of PAVA and District II of PAVA**
(because the same members are in the Executive Committee and District II)
and especially to colleague Antoni Chrościelewski and all the PAVA members

For a year I have been meaning to write this letter and at last after having studied dozens of articles and documents which also concern the activities of my colleague A. Chrościelewski, with full awareness, responsibility and full respect I would like to ask my Colleagues a question:

**Who are you, colleague A. Chrościelewski?**

In my opinion and on the basis of the articles I have read you wear two masks on your face. One represents a benevolent Polonia activist whom all respect, and a second one rude, ruthless, cynical, hypocritical, a mafioso who has had one goal, power and money. I am in possession of many documents, even there are some from 1955, but your name is not there. Colleague Chrościelewski, your activities as the president of the Polish National Home in Greenpoint (founded in 1919 by Polish immigrants) led to the capture of this object. As the president of Polish National Home you have subordinated the whole management and the directors, the decisions were and are still issued solely under your dictation. Objections from the members of the organization or individuals have been ignored. And you have been the president for many years. It is an open secret how many shares you and your group of faithful praetorians have at the Polish National Home. And there were such organizations like Polish Youth Association, Maria Konopnicka Polish School, Friends of Scouts, and others, as well as other individuals. **Is that not true, Colleague Chrościelewski?** The period of your activities could be not a bad reading material. This is how mafia acts. When you have already managed everything what was possible, you have found a new source of income, PAVA. You have become a veteran member very late, in 1998. **Is that not true?** At the time, the Board of Directors and District II and some Poles, under the leadership of B. Wierzbiański, the editor-in-chief of Nowy Dziennik, planned to build a skyscraper at the location of the Polish Veterans Home. The Polish Veterans Home was bought with the money of the soldiers of the Blue

1

Army. After various arrangements by those people, an advanced payment was drawn toward a loan from the Credit Union $300, 000. Nothing has been done and the money perished. I have a financial statement signed by Mr Konikowski. Why isn't it talked about that the Commandant of Outpost 208 Władysław Sosulski put an end to this moronic game. Why isn't it talked about who bought the building, who the owner is. The building of the Polish Veterans Home at 15 Irving Pl. New York, according to the documents is the property of all PAVA, hence all the members of our organization and not solely the mafia family. And what do you say, Colleague Chrościelewski, aren't these mafia methods, to keep everything in secrecy. I have a document stating clearly that everything is the property of PAVA members, and when PAVA ceases to exist, it will be transferred to the PAVA Foundation. Like thieves you claim that the building is the property of District 2 and you reap profits from it with handfulls.

I have a document from the annual meeting of outpost 208 on January 22, 1989 regarding the Polish Veterans Home during which the answers provided by Mr E. Kaleniak were not sufficenty clear to the members. Today you act similarly with the Executive Committee and District II as with the Polish National Home, the committee and the district being one body. **What can be expected from you, Colleague? only satisfaction and loyalty toward the organization PAVA.** Already then a verdict was passed on Com. W. Sosulski. He was first suspended and then expelled from PAVA even though he was a valued and real veteran. It was you who as the chairman of the Annual Meeting of District II, 04/18/2004, dismissed the Audit Committee from the meeting room, because the Committee did not get a vote of acceptance, there were financial inaccuracies. The chairman of the audit committee was a member of outpost 208.
By your decision the member-delegates of outpost 208 also had to leave the meeting. It was you who suspended outpost 208, even though you had no right. And in spite of that you continued to lead the meeting, I have a document confirming that. I ask again, does mafia repect the constitution. You stated yourself that District II has its own regulations, February 8, 2006. **Is it not the truth?** I will not go on further, but you have become the commandant of District II quite quickly and have been managing it the same way like the Polish National Home having by your side an editor–secretary of questionable quality

who all the time exhibits socialistic traits. What a moving text the editor sent after the XXVIII Annual Meeting which the Chairman of the Annual Meeting F. Bruks criticized for insulting his colleagues and till this day he continues writing lampoons about his colleagues who are inconvenient to you and about the situation inside the oganization. He got a good education at ZMECH [Academy of Mechanized Forces] during his politics classes about how to destroy Polonia organizations from inside (the Fifth Column). And his article in the Veteran describing his time at ZMECH smells of a comrade from afar. Since you check the integrity of the members of PAVA, then why M. Chrościelewski as an employee of the Credit Union, if spotless, was given the condition to leave? Or the commendant of Outpost 114 K. Tomczak, who is he?, if he can expell a few members during one meeting, and the PAVA Executive Committee accepts it without blinking, and where is the money from the illegal sale of the building? $3,000,000 (three million) the PAVA Foundation has not received it, no money has been credited to the Foundation's account. Throughout the years you have been treating the members as necessary evil, you have been expelling people from the organization. In the documents there is only one argument **"acting to the detriment of PAVA"**. The fault of us expelled is one, we direct too many questions to you. T. Lachowicz writes these letters and Adj. Gen. signs them. There used to be someone else in your team. It is worth knowing who he took lessons from, his uncle (whoever wants to check should Google Stanisław Domino) You have surrounded yourself with a wreath of weeded biographies. This is how mafia works, not respecting the constitution or democratic rules. Financial scams which were presented at the last Annual Meeting, Paderewski Fund, which was worth $500, 000 (fivehundredthousand) simply melted away, or Outpost 208, how much money has sunk into it and you can see no end, already this year how many thousands has gone to Outpost 208? Soon after the Annual Meeting this questionable editor created a conspiracy and Com. of District IV R. Supiński and others went under a knife. As if it was not enough, this mafia group under your leadership and T. Lachowicz's organized a coup like the Bolshevics on the legal authority democratically elected during the Annual Meeting. That memorable Friday before the meeting of the PAVA Board in the evening of October 26 at 9 pm, this fake editor (who has no right to sit on the Executive Committee) had the audacity to dictate the course of the meeting of the PAVA Board and declared that the Ist

Vice Kom. of PAVA Jerzy Markiewicz legally elected at the Annual Meeting, would not lead the PAVA Executive Committee meeting. **Who the editor of the Veteran really is?** The presidium of the Executive Committee does not really exist. The office worker of the Executive Committee Adj. Gen. Marek Chrościelewski officially in writing refused to follow the orders of Commander-in-Chief Wincenty Knapczyk. As if it wasn't enough, if anybody has a different opinion and is fair you threaten them with letters from lawyers. Also I consider groundless my removal from PAVA, for reliably writing the minutes of the XXXIII Annual Meeting in which I rendered what the proceedings were, I still am member of PAVA. Colleague Chrościelewski, I will end my letter to you and the Executive Committee by asking the question again: **who are you, Colleagues?** For sure not veterans, because for that you need honor, ambition and loyalty, unfortunately after analyzing various documents, I cannot see these qualities in you. After all these documents that I am in possession of I will tell you once again, in my opinion you act like mafia that crashes PAVA from inside.

In closing, I will give the last example from District II, last month there was the Annual Meeting of Distrct II and the elections and it needs to be emphasized that A. Chrościelewski introduced a new term which is inheriting power (because M. Chrościelewski became the vice-commandant, who did not serve in any army) like in a mafia, it seems that you are trying to intoduce this system in the entire PAVA organization.

In this letter I tried to reveal only certain issues, but there are many many more documents. It is a pity that the other members are passive, so little involved in the functioning of the of this oldest nearly hundred-year-old organization and consciously accept your wrongdoing and breakup of the Association of Polish Army Veterans of America. Colleagues, beware that your passivity might prove that it is too late!

Best regards,
Marek Stasiewicz
[Handwritten signature]

I-st vice Com. Outpost 37 PAVA in Boston

Stoughton, 07-11-2019

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Translator's Note:

The original text in Polish contains ungrammatical sentences and incorrect punctuation, which I tried to preserve in the English translation, to the extent it was possible.