# **EXHIBIT B**

Exhibit B

Marek Stasiewicz                                                                                           Stoughton,12grudnia,2019

857 Park St

Stoughton, MA 02072


**Do Zarządu Głównego SWAP,**

**Zarządu Okręgu II -go**

**oraz do wszystkich którzy to pismo otrzymają.**


Proszę o zapoznanie się z tym pismem.

      Kilka miesięcy temu, a dokładnie 11 lipca 2019 r. wysłałem pismo do Zarządu Głównego SWAP, jak również do Zarządu Okręgu II-go SWAP z zapytaniem 'Kim wy jesteście?'Do dnia dzisiejszego nie otrzymałem żadnej odpowiedzi. A zatem przypuszczam, że tą organizacją jaką jest SWAP rządzi potencjalna mafia.

Kol.Antoni Chrościelewski dźwiga na plecach ciężki wór przewinień swego życia. Na pogrzebie śp. Naczelnego Komendanta SWAP Wincentego Knapczyka stałem obok niego i obserwowałem jak wyciera łzy z oczu, tego nie dało się ukryć, o czym myślał?, może o tym poniżaniu Kolegi przez te lata jego urzędowania.Gzie w tym dniu był Zarząd Główny? To jest dopiero........!

Adj. Gen.M Chrościelewski też ma na sumieniu masę przekrętów finansowych.Jego zachowanie i prowadzenie zebrania Rady SWAP to dopiero cyrk. Sztuczne przerwy robione po to, by ustawiać niektórych delegatów na korytarzu pod ścianą, jak mają głosować.Manipulacja dyskusji w sprawie odwołań byłych członków SWAP, nie zostało przeczytane żadne odwołanie ukaranych członków, a uzupełnienie wakatów do Z.G. SWAP. bez głosowania. Następnie stwierdzenie, że SWAP to nie organizacja wojskowa.
A najciekawsze to,że w czasie odbierania przysięgi miał furażerkę na głowie, a delegaci i reszta członków siedziała.Nikt mi nie wierzył jak mówiłem czy pisałem, że za tym wszystkim stoi i decyduje szara eminencja służb PRL- u  Teofil Lachowicz . Udaje redaktora  Weterana,
a w nim pomówienia  kłamstwa i oczernianie członków SWAP. Co to za historyk, który nie potrafi napisać prawdy, czy choćby stanąć do rzetelnej i prawdziwej dyskusji,a nie chować się jak tchórz. Artykuł ( dokąd zmierza SWAP ) najlepiej ukazuje jego charakter. To on z A..Domino **zlikwidowali sądy koleżeńskie,** dobrą szkołę mieli od Zbigniewa Domino . W jego życiorysie widnieją ( autentyczne materiały z okresu walk z reakcyjnymi bandami w trudnym powojennym okresie ) Dzisiaj stawiają pomniki żołnierzom wyklętym których wykańczał  Z. Domino, a przecież  dzisiaj  T.Lachowicz robi podobnie, tylko że niemoże strzelać. Papier wszystko przyjmie, dlatego zwracam się do Was szanowni koledzy i szanowne koleżanki, wszystkie dokumenty a zwłaszcza Konstytucje należy czytać i to

uważnie czytać, wtedy będziecie zorientowani o co w tym wszytkim chodzi. Już śp. Kol. F. Bruks krytykował T. Lachowicza za jego zachowanie, stosunek do członków . Śp.Kol E. Witt powiedział, że T. Lachowicz jest archiwistą, ale żaden z niego weteran czy członek SWAP. Protokół z ostatniego Walnego Zjazdu SWAP, który ja napisałem był odzwierciedleniem przebiegu obrad podczas Walnego Zjazdu, ale został zmanipulowany przez T. Lachowicza, co on ukazuje ?, dno, tak samo protokoły z Rady SWAP 2018 r i 2019 r czy w nich zawarte jest trochę prawdy?, to hipokryzja, kłamstwo po trzykroć kłamstwo.Jako protokolant XXXIII Walnego Zjazdu SWAP posiadam mandaty, protokoły komisji, sprawozdania kom. okręgów, placówek są do dyspozycji Zarządu Głównego SWAP, czekam na odpowiedź. Oddam, jednak po rzetelnej dyskusji i analizie, no niestety ci ludzie boją się prawdy, dlatego, że ich wypowiedzi podczas Walnego Zjazdu są w nim zapisane, a to szkodzi ich reputacji.

      Szanowni Koledzy uczestniczycie w zjazdach, radach i tak naprawdę nie wiecie co się dzieje, oczywiście nie wszyscy.  Na jednym z Walnych Zjazdów T. Lachowicz zwrócił się do was delegatów cytuję:
„ **weterani z Polski dorwali się do nagromadzonego majątku przez starszych weteranów, dla niektórych Jaruzelski jest bohaterem, jakie tradycje ci weterani będą przekazywać potomkom**" zaznaczam, że ja nie byłem ani delegatem, ani protokolantem.Czyli my wszyscy członkowie SWAP, którzy przyjechaliśmy z Polski , **a służyliśmy w wojsku polskim jesteśmy złodziejami**. Z wypowiedzi T. Lachowicza tak wynika, on jeden czysty, nieskazitelny, musiał służyć w czerwonoarmistach. Koledzy czy ktoś z Was postawi wniosek o ukaranie Lachowicza? - prokuratorowi, sędziemu i katu w jednej osobie?, bo sądy koleżeńskie zlikwidował ( Jeżeli ktoś sobie życzy kiedy to było, chętnie wyślę kopie).

      Wszyscy wstępując do organizacji SWAP, podczas składania przysięgi mieliśmy na ustach BÓG, HONOR,OJCZYZNA, czy nadal Koledzy, te słowa dzisiaj mają jakieś znaczenie?, Koledzy wielu z Was sprzedało się za przysłowiową miskę soczewicy, czy dziś, możecie z czystym sumieniem spojrzeć sobie w lustro? Uważam,że milczenie jest również przyzwoleniem dla złej pracy na rzecz naszej organizacji SWAP.

Marek Stasiewicz

Marek Stasiewicz						Stoughton, December 12, 2019
857 Park St
Stoughton, MA 02072

**To the Executive Committee of PAVA**
**the Board Directors of District II**
**and to all who will receive this letter.**

Please read this letter.

A few months ago, precisely on July 11, 2019, I sent a letter to the Executive Committee of PAVA and the Board of Directors of District II with a question "Who are you?" To this day I have not received an answer. So I suppose that PAVA organization is governed by a potential mafia.

Antoni Chrościelewski carries on his back a heavy burden of transgressions of his life. At the funeral of Chief Commendant of PAVA Wincenty Knapczyk I stood next to him and saw him wipe his tears from his eyes, which was difficult to hide, what did he think about?, perhaps about how he had demeaned his Colleague during the years of his tenure. Where on this day was the Executive Committee? This is quite........!

Adjunct General M. Chrościelewski also has a lot of financial scams on his conscience. His behavior and the way he led the Board Meeting of PAVA was a circus. There were artificial breaks to persuade delegates how they should vote. Manipulation of discussion regarding dismissals of former PAVA members, no appeal of the punished members was read, and filling of vacancies in the Executive Committee of PAVA without voting. Then the declaration that PAVA is not a military organization.
And the most interesting thing was that during the receiving of the oath he had a field cap on his head, and the delegates and the rest of the members remained seated. Nobody believed me when I said or wrote that behind all this stands and decides a gray eminence of the Polish Peoples Republic – Teofil Lachowicz. He pretends to be the editor of the Veteran, and in it avenging lies and slandering of the PAVA members. What kind of a historian is he if he can not write the truth, or entertain a fair and genuine discussion, instead of hiding like a coward. The article (about PAVA's direction) shows his character best. It was him and A. Domino who **liquidated peer courts**, they received good training from Zbigniew Domino. In his biography there are (authentic materials from the period of fights with reactionary bands in the difficult post-war time) Today they erect monuments to the cursed soldiers whom Z. Domino finished off, and yet today T. Lachowicz does the same, except that he can not shoot. Paper will accept anything, that's

1

why I address you, colleagues, ladies and gentlemen, all documents and especially the Constitution needs to be read and read carefully, then you will be aware of what this is all about. Already late F. Bruks criticized T. Lachowicz for his behavior and attitude toward the members. Late E. Witt said that T. Lachowicz was an archivist and not a veteran or PAVA member. The minutes of the PAVA Annual Meeting I wrote reflected the proceedings of the Annual Meeting, but it was manipulated by T. Lachowicz, what does he show?, rubbish, as well as the minutes of the 2018 and 2019 PAVA Meetings, do they reflect any truth ? this is hypocricy, lie upon lie. As the minutes taker of the XXXIII PAVA Annual Meeting I have the mandates, committee reports, reports of district and outpost committees, they are available to the PAVA Executive Committee. I await a response. I will hand them in after a fair discussion and scrutiny, unfortunately these people are afraid of the truth, because their statements during the Annual Meeting are recorded there, which might impair their reputation.

Dear Colleagues, you participate in meetings, board meetings, and you really do not know what is going on, not all of you of course. At one of the Annual Meetings, T. Lachowicz addressed you delegates, I cite:
 **"the veterans from Poland got hold of the accumulated property of the senior veterans, for some Jaruzelski is a hero, what kind of tradition these veterans would pass on to posterity"** I note I was neither a delegate nor a minutes taker. So all of us PAVA members who came from Poland, **and served in the Polish army are thieves.** According to T. Lachowicz's statement, this is so, he is flawless and unblemished, he must have served in the Red Army. Colleagues, will any of you propose to punish Lachowicz? – to the prosecutor, judge and executioner in one person?, as he liquidated peer reviews (If anyone wishes to know when it was I will be glad to send a copy).

Everyone joining the PAVA organization, when we took the oath, we pledged GOD, HONOR, MOTHERLAND, do these words still mean anything today, Colleagues? Colleagues, many of you sold for a proverbial lentil soup, today, can you look in the mirror with a clear conscience? I think that remaining silent is permission for bad work for our PAVA organization.

Marek Stasiewicz


\*\*\*\*\*\*\*\*\*\*\*
Translator's Note
The original text in Polish contains ungrammatical sentences and incorrect punctuation, which I tried to preserve in the English translation, to the extent it was possible.

2