# EXHIBIT C

Exhibit C

*„Najbardziej lubię, kiedy fałszywi ludzie przestali się do mnie odzywać, to tak jakby się śmieci same wyniosły"*

**Szanowni członkowie SWAP. Koleżanki i Koledzy.**

Kto ma charakter jest uczciwy.
Kto się miał przestraszyć to się przestraszył.
Kto się miał zeszmacić to się już zeszmacił.

Mój krótki list zacząłem mottem do tego co chcę Wam przekazać. Otóż, teraz przyszedł czas, kiedy dowiadujemy się kim był Teofil Lachowicz - **Oficer polityczny WP, a na dokładkę instruktor polityczny**. Każdy z nas, kto służył w wojsku musi wiedzieć, czym zajmowali się tacy ludzie. Dzisiaj ci członkowie, którzy tego oficera politycznego bronią, to albo nie odbyli służby w wojsku, albo po tej linii odbywali służbę wojskową, co nasz kryształowy Teofil Lachowicz. Przez te lata tak się ustawił, że miał władzę nieograniczoną. Nie liczył się nawet z Komendantem Naczelnym, który mu zaufał. T. Lachowicz wraz z Zarządem Okr.II prowadzili i nadal prowadzą politykę podporządkowania całego SWAP-u. Doprowadzili do likwidacji pl. 208, bo członkowie byli im niewygodni. Ilu członków zostało usuniętych z szeregów SWAP przez tego instruktora politycznego, za to,że zadali pytania, które nie były wygodne. Mnie również usunął ze SWAP-u tylko dlatego,że broniłem prawdy i uczciwości zgodnie z obowiązującą Konstytucją SWAP. Pytam się?, jaka jest skala moich przewinień, bo ja nic nie zrobiłem, do czynu oficera politycznego T. Lachowicza minionego okresu ?, który zataił swoją przeszłość , a dzisiaj członkowie Zarządu Głównego (nie wszyscy) zostawiają tego człowieka na jego stanowisku bez żadnego zawieszenia i przez pół roku będą sprawdzać jego życiorys i co,? myślą, że zdobędą jego dokumenty? Do takich ludzi i ich przeszłości, nadal zablokowane są archiwa na długie lata. Na potwierdzenie,że T. Lachowicz od młodych lat był po stronie tamtej władzy niech posłuży : tekst T.L.,który się pojawił ( na str. 6) w czasopiśmie *socjalistycznego związku studentów polskich w Zielonej Górze z 1977 r.* z dokumentu tego wynika jak bardzo był po stronie władzy i systemu socjalistycznego. Dla bardziej zainteresowanych nadmieniam, że jestem w posiadaniu pracy magisterskiej T. Lachowicza.

https://zbc.uz.zgora.pl/Content/44859/PDF/marzec_1977.pdf

Marek Stasiewicz

*[signature: Marek Stasiewicz]*

Stoughton, 01-17-2020

"I like it most when false people cease talking to me, because it is as if trash has taken leave."

**Dear PAVA Members. Dear Colleagues, Ladies and Gentlemen.**

Whoever has integrity is fair.

Whoever was to get scared got scared.

Whoever was up for disgrace became disgraced.

I began my short letter with a motto to illustrate what I would like to tell you. The time has come when we learn who T. Lachowicz was – **a political officer, and additionally a political instructor**. Everybody who served in the army must know what such people did. Today, those members who defend this political instructor, either did not serve in the army or did their military service along the same lines, like our crystal clear Teofil Lachowicz. Throughout the years he made a position for himself of infinite power. He did not even respect the Chief Commandant, who trusted him. T. Lachowicz together with the Board of Directors of District 2 led and still lead the politics of subjugating the entire PAVA. They caused the dissolution of Outpost 208, because its members were an inconvenience. How many members were removed from PAVA by this political instructor because they asked inconvenient questions. I was also removed by him because I defended the truth and fairness in accordance with the PAVA Constitution. I ask? what is the scale of my misconduct, because I had not done anything, to the political officer T. Lachowicz's act in the past years?, who has concealed his past, and today the members of the Executive Committee (not all) leave this man in his position without suspending him and for the next half a year will be checking his biography and what,? do they think they will be able to acquire his documents? Access to the archives of such people and their biographies has been blocked for years. As a confirmation that T. Lachowicz since his youth has been on the other side of the political system, is served by the text by T. L (on p. 6) in the magazine of *the socialist association of the polish students in Zielona Góra in 1977* which demonstrates how much he was on the side of the government and the

1

socialist system. For those interested in more, I have in my possession T. Lachowicz's master's dissertation.

http://zbc.uz.zgora.pl/Content/44859/PDF/marzec_1977.pdf

Marek Stasiewicz

Stoughton,01-17-2020

**************************

Translator's Note:

This letter is formulated in ungrammatical and illiterate manner which I tried to preserve in the English translation. I have not corrected phrases which are poorly expressed or incorrect punctuation in order to render the character of the original text in Polish.