# **<u>EXHIBIT D</u>**

## Lisa A. Giunta

| | |
|---|---|
| **From:** | Mark Chroscielewski <Mark@Chroscielewski.com> |
| **Sent:** | Friday, July 17, 2020 2:34 PM |
| **To:** | Lisa A. Giunta |
| **Subject:** | FW: 2020-01-04 |
| **Attachments:** | 2020-01-04.pdf; pismo1001.pdf |

**From:** Tadeusz Antoniak <tadantoniak@aol.com>
**Sent:** Saturday, January 18, 2020 10:35 AM
**To:** mark@chroscielewski.com; chroscma@gmail.com; teofil.lachowicz@gmail.com
**Subject:** Fwd: 2020-01-04

*Tadeusz Antoniak*

-----Original Message-----
From: Marek Stasiewicz <marek111@verizon.net>
To: aamaciejewicz <aamaciejewicz@hotmail.com>; tadantoniak <tadantoniak@aol.com>; asziler <asziler@gmail.com>; placowka126 <placowka126@gmail.com>; bieniek1188 <bieniek1188@gmail.com>; anna11660 <anna11660@hotmail.com>; kc100lat <kc100lat@sbcglobal.net>; danutawik <danutawik@yahoo.com>; mariodzon <mariodzon@gmail.com>; egglowacz65 <egglowacz65@gmail.com>; adam.gustowski <adam.gustowski@gmail.com>; hallerpost111 <hallerpost111@gmail.com>; hsobieszek <hsobieszek@gmail.com>; phubiak <phubiak@outlook.com>; jandrzej2002 <jandrzej2002@yahoo.com>; jansurowiec <jansurowiec@yahoo.com>; georgekiszlo <georgekiszlo@gmail.com>; wknapczyk <wknapczyk@sbcglobal.net>; Urszula.usa <Urszula.usa@wp.pl>; krzysztof8 <krzysztof8@aol.com>; kwchciuk <kwchciuk@sbcglobal.net>; jagodkalas <jagodkalas@gmail.com>; jerzyelesniak <jerzyelesniak@gmail.com>; marbojaw <marbojaw@gmail.com>; pavapost36 <pavapost36@optonline.net>; Ted_Olsztyn <Ted_Olsztyn@hotmail.com>; apitynski <apitynski@atelier.org>; kryplaneta <kryplaneta@aol.com>; tplotka <tplotka@yahoo.com>; Mirplo5 <Mirplo5@wp.pl>; pmark1515 <pmark1515@gmail.com>; anitazadrozna <anitazadrozna@yahoo.com>; stanandmaria <stanandmaria@adelphia.net>; pavapost81 <pavapost81@aim.com>; robertfilm12 <robertfilm12@comcast.net>; jromanski6 <jromanski6@gmail.com>; jerzyrozalski <jerzyrozalski@yahoo.com>; lsabuda <lsabuda@wyan.org>; shadowkrzysztof <shadowkrzysztof@gmail.com>; tamasilka <tamasilka@sbcglobal.net>; slopienski5610 <slopienski5610@gmail.com>; wodalastan <wodalastan@gmail.com>; sstachu <sstachu@yahoo.com>; szczotka <szczotka@comcast.net>; bszumal <bszumal@icloud.com>; marianbog22 <marianbog22@hotmail.com>; rszymczuk <rszymczuk@ameritech.net>; ted601 <ted601@wp.pl>; derektomczak <derektomczak@gmail.com>; krzysztoftomczak <krzysztoftomczak@hotmail.com>; trostkowski <trostkowski@comcast.net>; warota <warota@aol.com>; wogorzalek <wogorzalek@sbcglobal.net>; krysiapl4e <krysiapl4e@aol.com>; zjakubowski9 <zjakubowski9@gmail.com>; zzielinka <zzielinka@iconel.com>; zielinski_j <zielinski_j@hotmail.com>
Sent: Fri, Jan 17, 2020 11:37 pm
Subject: Fwd: 2020-01-04

-

**Protokol z Zebrania Prezydium Zarzadu Glownego Stowarzyszenia Weteranow Armii Polskiej w Ameryce w 11 grudnia 2019 roku.**

Prezydium w skaldzie:

1) Komendant Glowny **Krzysztof Tomczak**
2) Adiutant Generalny **Marek Chroscielewski**
3) Adiutant Finansowy **Zygmunt Bielski**

**ZG POSTANAWIA** :

**1)** Wstrzymac wydawanie pisma WETERAN na okres kilku miesiecy

**UZASADNIENIE:**

- Bardzo **zla sytuacja finansowa** Zarzadu Glownego
- Przeprowadzany obecne remont w Domu Weterana
- Zamkniete biuro na okres 4 miesiecy
- **WETERAN** bedzie wydawany w innej formie, rowniez elektronicznej po wybraniu nowego redaktora i zespolu redakcyjnego. W mysl Konstytucji obecny redactor Teofil Lachowicz pelnil nielegalnie funkcje redaktora naczelnego .
  **Art 17 ZG SWAP PKT J – REDAKTORA WETERANA WYBIERA ZARZAD GLOWNY** – Nigdy nie byl wybrany zgodnie z Konstytucja SWAP.

**2)** Sprawa czlonkostwa Kolegi **Teofila Lachowicza** w SWAP

**a)** Komendant Glowny otrzymal dokument stwierdzajacy, ze Kolega Lachowicz ur. 19 listopada 1954 roku ukonczyl **ZMECH, szkole oficerska** we Wroclawiu, na przelomie **1978/79** odbyl kurs przekfalifikowania na **oficera politycznego. W 1979** zostal wyslany do pulku zmechanizowanego w **Korzuchowie** gdzie pelnil funkcje **OFICERA POLITYCZNEGO**.

W zwiazku z powyzszym, Prezydium ZG postanowilo dac Koledze Lachowiczowi **3 miesiace** na wyjasnienie tego dokumentu. Na okres ten Kolega Lachowicz pozostanie **zawieszony** w prawach czlonka SWAP.

**b)** Prezydium ZG postanowilo do dalcej czesci zebrania poprosic Kol. **Teofila Lachowicza** oraz Komendanta **II Okregu Antoniego Chroscielewskiego.**

- Po zapoznaniu sie z dokumentem dotyczacym Kol. Teofila Lachowicza , Komendant II Okregu **Antoni Chroscielewski** proponuje zawieszenie **przedluzyc** na okres **6 miesiecy**.

- Po krotkiej wymianie zdan pomiedzy **Komendantem Glownym**, a Kol. **Lachowiczem** – Kol. **Lachowicz** oficjalnie na forum Zebrania, w obecnosci wszystkich zgromadzonych przyznal sie, ze pelnil funkcje **Oficera Politycznego**.
**Kol. Lachowicz** poinformowal wszystkich, ze cyt: **" mialem tylko dwa wyklady na temat Bitwy pod Stalingradem i Bitwy pod Monte Cassino, a reszta to warty poza jednostka".**

Z powodu ujawnienia okolicznosci uniewazniajacych przyjecie czlonka do SWAP, Kol Lachowicz na podstawie oficjalnego przyznania sie do winy – **Konstytucja SWAP Art 5 – UTRATA PRAW CZLONKOWSKICH Paragraf C – zostal w trybie natychmiastowym pozbawiony czlonkostwa w SWAP. Kol. Lachowicz** nie czekajac na koniec zebrania – opuscil je.

W RAMACH PRZYPOMNIENIA – APLIKACJA NA CZLONKA SWAP ZANIM ZOSTANIE PODPISANA WYRAZNIE ZAZNACZA:
**"SLOWEM HONORU OSWIADCZAM, ZE NIE SLUZYLEM I NIE WSPOLPRACOWALEM ZE SLUZBA BEZPIECZENSTWA PRL, UB, INFORMACJA WOJSKOWA ORAZ ZOMO"**

3) Na tym zebranie zakonczono.

Komendant Glowny Krzysztof Tomczak

Adiutant Generalny Marek Chroscielewski

Adiutant Finansowy Zygmunt Bielski

Dr. Teofil Lachowicz

Historian, archivist, journalist; graduate of the Higher Pedagogical School in Zielona Gora, Poland, ████████████████████ teacher of history. Lives in the United States since 1990. He is a volunteer at the Pilsudski Institute in america in New York and a teacher at the John Paul II Polish School in Maspeth, NY. From 1998 he is an archivist at the Society of Polish Army Veterans in America and the editor for the monthly "Weteran." In 2001 he obtained the degree of Doctor of Humanities in History at the Zielona Gora University. He is the author of a number of works including: "Weterani Polscy w Ameryce do 1939 roku" |Polish Veterans in America to 1939|, (published by RYTM, Warsaw 2002) and "100 lat w sluzbie Polonii. Szkic do dziejow Polskiego Domu Narodowego na Greenpoincie" |100 years of service to Polonia. A sketch for the annals of the Polish National Home in Greenpoint| (Brooklyn NY, 2004), "Dla Ojczyzny ratowania. Szkice z dziejow wychodztwa polskiego w Ameryce" |To save the Homeland. Sketches from the history of the Polish exiles in America.| (Warsaw 2007) and over 200 articles in the popular and scholarly Polonia publications in the United States, Canada, Great Britain and Poland. For several years he as been writing for the "Przeglad Polski" |Polish Review} the Saturday cultural supplement to the daily "Nowy Dziennik." He is affiliated with many organizations and societies in the United States and Poland including: Polish Institute of Arts and Sciences in America (PIASA), the Kosciuszko Foundation, Polonia Technica, and the Polish Peoples' University. He conducts research into Polonia history.

From: Resume (2007)

http://www.poles.org/db/l_names/Lachowicz_T.html

**Minutes of the Meeting of the Executive Committee of the Polish Army Veterans of America, December 11, 2019**

Committee Members present:

1) Chief Commandant **Krzysztof Tomczak**
2) Adjutant General **Marek Chroscielewski**
3) Adjutant Financial **Zygmunt Bielski**

**EXECUTIVE COMMITTEE DECIDES**:

**1)** To stop publication of the VETERAN magazine for a period of few months

**SUBSTANTIATION:**

- Very **difficult financial situation** of the Executive Committee
- On-going renovation of the Polish Veterans Home
- Closing of the office for 4 months
- **The VETERAN** will be published in a different form, also electronically after choosing a new editor and editorial team. According to the Constitution the current editor Teofil Lachowicz illegally served as the editor-in-chief
  **Art 17 ZG SWAP PKT J [Article 17 Executive Committee PAVA Point J] THE EXECUTIVE COMMITTEE CHOOSES THE EDITOR** – He was never chosen in accordance with the PAVA Constitution.


**2)** The issue of **Teofil Lachowicz's** membership in PAVA

**a)** The Chief Commendant received a document stating that Lachowicz born 19th of November, 1954 graduated from **ZMECH, a school for officers** in Wrocław, in **1978/79** he completed a retraining course as a political officer. **In 1979** he was sent to a mechanized regiment in **Korzuchów** where he served as a **POLITICAL OFFICER**.

In connection with the above, the Executive Committee gave Lachowicz **3 months** to explain the document. During this period Lachowicz will be **suspended** as a PAVA member.

**b)** The Executive Committee decided to invite **Teofil Lachowicz** and Commendant of District **II Antoni Chrościelewski** to speak

- After getting aquainted with the document regarding Teofil Lachowicz the Commendant of District II **Antoni Chrościelewski** proposed **extending** his suspension to **6 months.**
- After a short exchange between the **Chief Commandant** and **Lachowicz**, in the presence of all gathered **Lachowicz** officially admitted that he served as a **Political Officer**.

1

**Lachowicz** informed all **"I had only two lectures on the Battle of Stalingrad and the Battle of Monte Cassino, and the rest was keeping guard outside the unit."**

Due to the disclosure of the circumstances annulling the admission of the member to PAVA, Lachowicz on the basis of an official admission of guilt – **PAVA Constitution Art 5 – LOSS OF MEMBER RIGHTS Paragraph C – has been immediately deprived of membership in PAVA.**
**Lachowicz** left without waiting for the meeting to end.

AS A REMINDER – THE PAVA MEMBERSHIP APPLICATION, BEFORE SIGNED, CLEARLY STATES:
**"ON MY WORD OF HONOR I DECLARE I DID NOT SERVE OR COOPERATED WITH THE SECURITY SERVICE OF THE POLISH PEOPLES REPUBLIC, SECURITY SERVICE, MILITARY INTELLIGENCE OR MOTORIZED UNITS OF CITIZENS' MILITIA."**

3) The meeting ended.


Chief Commandant Krzysztof Tomczak

Adjutant General Marek Chroscielewski

Adjutant Financial Zygmunt Bielski

2